UNITED STATES DISTRICT COURT 
DISTRICT OF CONNECTICUT

2007 OCT 19 P 2: 52

| UNITED STATES OF AMERICA | : | MISC. NO. 3:07mj287(WIG) |
| --- | --- | --- |
| v. | : | |
| GILBERT REYES | : | October 18, 2007 |

## MOTION TO SEAL

The Government respectfully requests that the Court seal the criminal complaint, arrest warrants, supporting affidavit and this motion to seal to prevent public disclosure of the information contained in the attached pleadings so as to avoid jeopardizing a continuing investigation, creating any risk of flight of the defendant and the safety of law enforcement personnel who will execute the arrest yet to be made.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
450 Main Street
Hartford, CT 06103
Tel: (860) 947-1101
Federal Bar No. CT11957

The foregoing motion having been duly heard, it hereby (Granted)/Denied.

_____
Hon. William I. Garfinkel
United States Magistrate Judge